MABEL GARROW, as Administratrix of the Estate of GOLDIE R. GARROW, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 27602.)

Argued March 7, 1945; decided April 12, 1945.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison, Orrin G. Judd* and *Arthur W. Mattson* of counsel), for appellant.

*Francis B. Cantwell* and *B. Gregory Brewster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, CONWAY, DESMOND and THACHER, JJ. Dissenting: LEWIS and DYE, JJ.